IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PHILIP LEO SANDS,

    Petitioner,

       v.

GREG LEWIS, Acting Warden, Pelican Bay State Prison, THE ATTORNEY GENERAL OF THE STATE OF CALIFORNIA,

    Respondents,

No. C 10-5315 CW

ORDER TO SHOW CAUSE

    Petitioner, a state prisoner, has filed this petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Good cause appearing, the Court hereby issues the following orders:

    1. The Clerk of the Court shall serve a copy of this Order and the petition and all attachments thereto upon Respondents and Respondents' attorney, the Attorney General of the State of California.

    2. Respondents shall file with this Court and serve upon Petitioner and his attorney within <u>sixty (60) days</u> of the issuance of this Order, an Answer conforming in all respects to Rule 5 of the Rules Governing Section 2254 Cases, showing cause why a writ of habeas corpus should not be issued. Respondents shall file with the Answer a copy of all portions of the relevant state records that have been transcribed previously and that are relevant to a determination of the issues presented by the petition.

    3. If Petitioner wishes to respond to the Answer, he shall

do so by filing a Traverse with the Court and serving it on Respondent within <u>thirty (30) days</u> of his receipt of the Answer. Should Petitioner fail to do so, the petition will be deemed submitted and ready for decision <u>sixty (60) days</u> after the date Petitioner is served with Respondent's Answer.

    4.   Respondents may file a motion to dismiss on procedural grounds in lieu of an Answer, as set forth in the Advisory Committee Notes to Rule 4 of the Rules Governing Section 2254 Cases.  If Respondents file such a motion, Petitioner shall file with the Court and serve on Respondents an opposition or statement of non-opposition to the motion within <u>thirty (30) days</u> of receipt of the motion, and Respondents shall file with the Court and serve on Petitioner and his attorney a reply within <u>fifteen (15) days</u> of receipt of any opposition.

    5.   Extensions of time are not favored, though reasonable extensions will be granted.  Any motion for an extension of time must be filed no later than <u>ten (10) days</u> prior to the deadline sought to be extended.

    IT IS SO ORDERED.

DATED: 12/1/2010

_____
CLAUDIA WILKEN
United States District Judge