IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **PHILIP LEO SANDS,**<br><br>           Petitioner,<br><br>      v.<br><br>**GREG LEWIS, Acting Warden, Pelican Bay State Prison, THE ATTORNEY GENERAL OF THE STATE OF CALIFORNIA,**<br><br>           Respondents. | Case No. C 10-5315 CW<br><br>[~~PROPOSED~~] ORDER |

   GOOD CAUSE APPEARING, it is hereby orderd that respondents may have until March 1, 2011, to file their Answer to the Petition for Writ of Habeas Corpus or motion to dismiss on procedural grounds.  Petitioner's Traverse or opposition to the motion to dismiss is then due 30 days from receipt of the Answer or motion to dismiss.

   IT IS SO ORDERED.

Dated: ___1/24/2011_____             _____
                                                                                        CLAUDIA WILKEN
                                                                                        United States District Judge

1

[~~Proposed~~] Order (No. C 10-5315 CW)